FILED
2020 SEP 16 PM 2:52
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:20-cr- 121-J-32JRK
26 U.S.C. § 7201

PATRICK BRIAN HINES

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about 2010, through on or about December 26, 2018, in the Middle District of Florida and elsewhere, the defendant,

PATRICK BRIAN HINES,

a resident of Saint Johns County, Florida, did willfully attempt to evade and defeat a substantial part of the income tax due and owing by him to the United States of America, for the calendar years 2010, 2011, and 2014, by committing the following affirmative acts, among others:

(a) concealing his ownership of company L.L.N., a telecommunication business controlled and operated by the defendant;

(b) diverting funds from L.L.N.'s bank accounts to pay personal expenditures, including private school tuition for dependents, mortgage and rent payments and personal credit cards for his spouse;

(c) concealing sources and amounts of his true and correct income and assets by placing his multi-million dollar residence in the name of a nominee;

(d) filing and causing to be filed with the IRS, a false and fraudulent Form 433-A, in which he stated that he earned no income and that he received support from his spouse in the amount of $3,479 per month, but, as he then well knew and believed, he had received income of at least $2,000,000 from 2012 through 2018; and

(e) withdrawing cash from a business bank account of L.L.N. at Bank of America ending in 7770 in the amount of $500 on or about December 26, 2018.

In violation of 26 U.S.C. § 7201.

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: Kelly S. Karase
Assistant United States Attorney

By: Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
9/14/20 Revised

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

PATRICK BRIAN HINES

**INDICTMENT**

Violations: Ct. 1: 26 U.S.C. § 7201

A true bill,

________________________
Foreperson

Filed in open court this 16th day

of September, 2020.

________________________
Clerk

Bail $________________