
**VILLELA & SHILTS**
Certified Public Accountants

Josh Shilts, CPA/ABV/CFF/CGMA, CFE

Josh@VSCPA.us
Tel: (840) 850-6166
Fax: (888) 850-5113

For approx. 15 years Mr. Shilts has provided domestic and international clients with an array of "non-traditional" CPA services. Mr. Shilts' practice focuses on providing litigation support for both domestic and commercial issues. He provides assistance in the calculation of business valuations, economic damages and forensic accounting. Mr. Shilts' unique background also includes providing organizations of varying sizes with consultation on budgeting, forecasting and strategic planning as well as insight into the appropriate organizational control structures to assist organizations mitigate fraud and other risks.

Mr. Shilts has held positions with public accounting and advisory consulting firms as well as stops "in-house" with public and private organizations. This unique experience has allowed him to understand the many qualitative components that drive organizations. He uses this experience to assist him with litigation and business consulting matters. He is respected by his peers for his innovative and disciplined thinking.

Mr. Shilts is regularly called to testify on matters involving hidden assets, undisclosed income, valuation, lost profit and other forensic accounting matters. He has been qualified as an expert in various circuit courts around Florida. Additionally, his expertise is also used in mediation settings as well as in resolving internal organizational issues for clients in various industries and locations.

### EDUCATION

University of South Florida Bachelor of Science, Accounting
Florida Atlantic University Masters of Accountancy - Concentration in Forensic Accounting

### CERTIFICATIONS

Certified Public Accountant (CPA)
Accredited in Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Chartered Global Management Accountant (CGMA)
Certified Fraud Examiner (CFE)

## Josh Shilts, CPA/ABV/CFF/CGMA, CFE
Formal Testimony Experience

| Year | Month | Case Name | Court | Division/County | Docket/Index/Case No. |
|---|---|---|---|---|---|
| **Court/Arbitration:** | | | | | |
| 2017 | March | Fortini v Fortini | Circuit Court | Seventh Judicial Circuit St. Johns County | DR16-961 |
| 2017 | October | Tucker v Tucker | Circuit Court | Fifth Judicial Circuit Marion County | 2016-DR-2015-FC |
| 2017 | November | Cooksey v Cooksey | Circuit Court | Fourth Judicial Circuit Clay County | 2016-DR-0021 |
| 2017 | December | IN RE: The Marriage of Haesele v Hubbard | Circuit Court | Fourth Judicial Circuit Duval County | 16-20110DR-006146 |
| 2018 | May | Stroud Lane Farms, LLC v Robert and Caroline Webster | Circuit Court | Fifth Judicial Circuit Marion County | 15-CA-2040 |
| 2018 | May | In Re: The Marriage of Robert B. Finch, Former Husband and Terri Cribbs f/k/a Terri Finch, Former Wife | Circuit Court | Fourth Judicial Circuit Duval County | 16-2013-DR-006579-FMXX-MA, Division FM-G |
| 2018 | July | Ingrid Minjhu Lee v George Dykhne | Circuit Court | Fourth Judicial Circuit Duval County | 16-2015-CA-001478-CV-E |
| 2018 | October | Cote, Brian J v Greg Jones, as Ch. 7 Trustee | Bankruptcy Court | Middle District of Florida Jacksonville Division | 3:17-bk-03476-PMG |
| 2018 | October | Pavmed, Inc v Geo Geneses, Inc, Edward T. Hogan III and Patricia C. Hogan- Geo Geneses, Inc. counter-Plaintiff v Pavmed, Inc counter-defendants Geo Geneses, Inc. third Party Plaintiff v Patricia VanDegna and Michael VanDegna third party defendants | Circuit Court | Fourth Judicial Circuit Duval County | 16-2016-CA-7735 |
| **Deposition:** | | | | | |
| 2017 | February | Northpoint Commercial Finance LLC v North Florida Cycles, LLC IN RE: Estate of Wendi Lynn Allen | Circuit Court | Seventh Judicial Circuit St. Johns County | 16-2014-CP-2562/PR-A |

1

**Josh Shilts, CPA/ABV/CFF/CGMA, CFE**
Formal Testimony Experience

| | | | | | |
|---|---|---|---|---|---|
| 2017 | June | Stroud Lane Farms, LLC v Robert and Caroline Webster | Circuit Court | Fifth Judicial Circuit Marion County | 15-CA-2040 |
| 2017 | August | Tucker v Tucker | Circuit Court | Fifth Judicial Circuit Marion County | 2016-DR-2015-FC |
| 2017 | October | Tucker v Tucker | Circuit Court | Fifth Judicial Circuit Marion County | 2016-DR-2015-FC |
| 2017 | October | Rankin v Rankin | Circuit Court | Fifth Judicial Circuit Marion County | 2016-4454-DR-FG |
| 2017 | October | IN RE: The Marriage of Haesele v Hubbard | Circuit Court | Fourth Judicial Circuit Duval County | 16-20110DR-006146 |
| 2017 | November | Cooksey v Cooksey | Circuit Court | Fourth Judicial Circuit Clay County | 2016-DR-0021 |
| 2018 | April | Perry v Perry | Circuit Court | Fifth Judicial Circuit Marion County | 2016-DR-002860 |

2

**VILLELA & SHILTS**
Certified Public Accountants

## EMPLOYMENT HISTORY

- Villela & Shilts, LLC – Managing Partner (4/15 – Present)
- Citizens Property Insurance Corporation – Director, Forensic Audit (2/13 – 2/16)
- MBAF – Manager, Litigation Support & Advisory Services (7/12-2/13)
- Royal Caribbean Cruise Lines Ltd. – Manager, Audit Compliance (8/10 – 7/12)
- MarcumRachlin, a Division of Marcum LLP – Senior Associate (3/09 – 8/10)
- Deloitte LLP – Senior Forensic & Dispute Services (3/08 – 3/09)
- Rachlin, Cohen & Holtz – Advisory Services (11/06 – 2/08)
- Protiviti – Internal Audit Consultant (8/05 – 11/06)

## PROFESSIONAL AFFILIATIONS

- American Institute of Certified Public Accountants (AICPA)
- Florida Institute of Certified Public Accountants[1] (FICPA)
- Association of Certified Fraud Examiners (ACFE)
- American Society of Appraisers (ASA)
- Florida Academy of Collaborative Professionals (FACP)
- Small Business Resource Network – Jacksonville Division (SBRN)
- Ocala/Marion County Chamber & Economic Partnership (Ocala CEP)

## VOLUNTEER ACTIVITIES

- Collaborative Family Law Group of Northeast Florida, Inc. – Treasurer
- Marion County Literacy Council, Inc. – Board Member
- Jewish Federation of Jacksonville - Member

---

[1] Member of the Valuation, Forensic Accounting & Litigation Committee and a past member of the CPAs in Industry Committee

2